WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim23wilborn@gmail.com
P.O. Box 370578, Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 926-9133
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONALD EVERSON**,                                        Case No. 3:19-cv-00649-AC

      Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security**,

      Defendant.

---

    Plaintiff's counsel is hereby allowed to receive attorneys' fees in the amount of $15,478.75 pursuant to 42 U.S.C. § 406(b).  Plaintiff's counsel received fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,388.49. After the EAJA fees are offset from the $15,478.75, Plaintiff's counsel may retain an additional $10,090.26.  Consistent with these amounts determined and allowed, any past-due benefits withheld by the agency in anticipation of an order under 42 U.S.C. § 406(b), up to $10,090.26 is payable and should be mailed to Attorney Tim Wilborn, less an administrative assessment pursuant to 42 U.S.C. § 406(d).  Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this 15th day of March, 2021.

                                                                             _____
                                                                             JOHN V. ACOSTA
                                                                             United States Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1